# EXHIBIT 1

# EXHIBIT 1

# reviewjournal.com



PRINT THIS

Powered by Clickability

May. 10, 2010
Copyright © Las Vegas Review-Journal

## Exxon Valdez oil risks spur warning for gulf cleanup crews

By KEITH ROGERS
LAS VEGAS REVIEW-JOURNAL

They called it the "Valdez crud," but it was more than a cough and diarrhea.

"We thought it was a flu that was going around and everybody kept getting it," said Merle Savage, who was general foreman of the cleanup crews of the 1989 Exxon Valdez oil spill in Alaska's Prince William Sound.

Instead, the stuff that was making cleanup workers sick was a toxic cocktail of oil droplets in mist they inhaled from spraying the shoreline with hot water and chemicals that were used to disperse the spill's massive black wave.

Now Savage wants today's workers to be aware of similar risks they might face in cleaning up the even bigger BP oil spill in the Gulf of Mexico.

Savage, who wrote a book, "Silence in the Sound," about the Exxon Valdez cleanup, recounts those risks as she sits in the upstairs "Alaska Room" of the North Las Vegas home where she now lives with her son and daughter-in-law.

Many of the thousands of Exxon Valdez cleanup workers have died or have become seriously ill from inhaling the toxic mist and handling dispersants that contained benzene and other chemicals.

Of dozens of lawsuits that were filed by sick workers, seven were settled out of court and the records have been sealed.

One cleanup chemical, 2-Butoxyethanol, can be absorbed through the skin and cause blood and kidney damage resulting in headaches, respiratory problems and even death, according to the material safety data sheet for the dispersant, INIPOL, which was used in the cleanup of the Exxon Valdez spill.

After she wrote her book in 2003, Savage teamed up with marine toxicologist Riki Ott to warn about the dangers involved with cleaning up oil spills. In a video with Ott, Savage described the shoreline cleanup as being "like a war zone."

"What we know now is the oil is 1,000 times more toxic than we thought," Savage said. "The BP spill is going to be worse. I'm warning workers to understand how toxic the crude oil can be."

Savage's personal experience is that the ill effects have lingered for years.

"When I came to Las Vegas in 1995, I was sick. I had bronchial problems," she said. "I lived with extreme diarrhea day in and day out for years."

During that time she has had severe pain in her joints and underwent a biopsy for a spot on her liver.

"They said I was an alcoholic, but I don't drink and I don't smoke," she said.

While pain pills and other medications didn't work for her problems, Savage researched some natural remedies.

"I found out about toxic chemicals and detoxed myself with a lemon juice concoction," she said. "And I sleep on a blanket with magnets in it. It gets your system back in shape.

After the Exxon Valdez ran aground on March 24, 1989, Savage signed on to be a cleanup worker.

"I worked two weeks on the spill, holding a hose with hot water gushing out and steam coming up," she said. "At first we didn't have masks. But later on we had paper masks that wouldn't last a day.

"There was crude oil and dead seaweed all around. The smell from that was horrible."

The rain gear workers wore would be cleaned using a solution that contained benzene and other chemicals, Savage said.

She eventually was promoted to the post of general foreman.

Even though workers would become sick, most didn't want to be sent from the boats and barges back to Valdez because they didn't want to lose their jobs.

"Everybody on my barge was complaining and throwing up," she said. "Even I was sick."

Before she left her boat at the end of the cleanup, she kept computer printouts of the workers' roster.

Little did she know then that the names would become a valuable resource in her effort to make them and their families aware of the toxic exposures they endured.

"I've had children who had parents who were cleanup workers and brothers, too. I know of 30 people who have contacted me since," Savage said.

"Thousands of people are suffering from the Valdez cleanup with no compensation. And there were Exxon officials on each barge. I knocked heads with a couple of them."

Contact reporter Keith Rogers at krogers@reviewjournal.com or 702-383-0308.

**Find this article at:**
http://www.lvrj.com/news/exxon-valdez-oil-risks-spur-warning-for-gulf-cleanup-crews-93258964.html

Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 2

# EXHIBIT 2

**Have you or your business been damaged by the BP Oil Disaster?**

You may have a claim if you are:

1. An owner, crew member or employee of charter and private boats, condos, restaurants, marinas and docks;

2. A fishermen or business involved in processing and packaging for the fishing industry;

3. Employed in the tourism industry;

4. An owner of private property, includes landlords; or

5. A Local City, County, or other political subdivision.



news1.newsmax.com
Ads by Google

« Crist appoints former BP lobbyist to spearhead Florida's legal response to BP oil spill

Oil Forecast: Spill drifting toward Florida's West Coast; 120 miles from Tampa Bay »

# Exxon Valdez foreman: 'Oil is 1,000 times more toxic than we thought'

BY OILFLORIDA, ON JUNE 1ST, 2010

41 retweet    Share    23

They called it the "Valdez crud," but it was more than a cough and diarrhea.

"We thought it was a flu that was going around and everybody **kept getting it**," said Merle Savage, who was general foreman of the cleanup crews of the 1989 Exxon Valdez oil spill in Alaska's Prince William Sound.

Instead, the stuff that was making cleanup workers sick was a toxic cocktail of oil droplets in mist they inhaled from spraying the shoreline with hot water and chemicals that were used to disperse the spill's massive black wave. …

Savage, who wrote a book, "Silence in the Sound," about the Exxon Valdez cleanup, recounts those risks as she sits in the upstairs "Alaska Room" of the North Las Vegas home where she now lives with her son and daughter-in-law.

**Many of the thousands of Exxon Valdez cleanup workers have died or have become seriously ill** from inhaling the toxic mist and handling dispersants that contained benzene and other chemicals.

Of dozens of lawsuits that were filed by sick workers, seven were settled out of court and the **records have been sealed**.

One cleanup chemical, 2-Butoxyethanol, can be absorbed through the skin and cause blood and kidney damage resulting in headaches, respiratory problems and even death, according to the material safety data sheet for the dispersant, INIPOL, which was used in the cleanup of the Exxon Valdez spill.

After she wrote her book in 2003, Savage teamed up with marine toxicologist Riki Ott to warn about the dangers involved with cleaning up oil spills. In a video with Ott, Savage described the shoreline cleanup as being "like a war zone."

"What we know now is the **oil is 1,000 times more toxic than we thought**," Savage said. "The BP spill is going to be worse. I'm warning workers to understand how toxic the crude oil can be."

Savage's personal experience is that the ill effects have lingered for years.

"When I came to Las Vegas in 1995, I was sick. I had bronchial problems," she said. "I lived with extreme diarrhea day in and day out for years."

During that time she has had severe pain in her joints and underwent a biopsy for a spot on her liver.

"They said I was an alcoholic, but I don't drink and I don't smoke," she said.

While pain pills and other medications didn't work for her problems, Savage researched some natural remedies.

"I found out about toxic chemicals and detoxed myself with a lemon juice concoction," she said. "And I sleep on a blanket with magnets in it. It gets your system back in shape."

After the Exxon Valdez ran aground on March 24, 1989, Savage signed on to be a cleanup worker.

"I worked two weeks on the spill, holding a hose with hot water gushing out and steam coming up," she said. "At first we didn't have masks. But later on we had paper masks that wouldn't last a day."

"There was crude oil and dead seaweed all around. The smell from that was horrible."

The rain gear workers wore would be **cleaned using a solution that contained benzene and other chemicals**, Savage said.

She eventually was promoted to the post of general foreman.

Even though workers would become sick, most didn't want to be sent from the boats and barges back to Valdez because they didn't want to lose their jobs.

**Top Headlines**

Pensacola Councilman reports BP bringing in white sand to cover oil, has evidence (VIDEO) (38)

BP worker, 48, dies of "natural causes" in hotel room after cleanup duty (from Port St. Lucie, FL) (25)

Top scientist: Only one ship testing methane levels in Gulf, NOAA hiding results; Amount is "just startlingly high" (20)

No oil in South Florida? You decide. New color-corrected aerial photos released (PHOTOS) (16)

*ALERT* Congressman suspects BP tapped multiple oil reservoirs while drilling the Macondo Well; Oil may also be rushing IN to damaged casing (13)

**Latest Headlines**

Parish Councilman: Dispersants sank crude but "we're told as the water gets warmer then the oil will rise to the top" (VIDEO)

Banned? Deadly FEMA Trailers from Katrina now used to house women and children; BP Contractor says "perfectly good trailers"

Senate Witness: BP using dispersants so oil hits "beaches for 10 or 15 years"; To benefit from long-term amortization of costs (VIDEO)

More evidence of oil in South Florida (PHOTOS)

Pensacola Councilman reports BP bringing in white sand to cover oil, has evidence (VIDEO)

**Topics:**

casing
toxic
**oilspill**
wellhead
florida
tampabay
forecast
bpdamages
floridakeys
plume
bp

"Everybody on my barge was complaining and throwing up," she said. "Even I was sick."

Before she left her boat at the end of the cleanup, she kept computer printouts of the workers' roster.

Little did she know then that the names would become a valuable resource in her effort to make them and their families aware of the toxic exposures they endured.

"I've had children who had parents who were cleanup workers and brothers, too. I know of 30 people who have contacted me since," Savage said.

"Thousands of people are suffering from the Valdez cleanup with no compensation. And there were Exxon officials on each barge. I knocked heads with a couple of them."

http://www.lvrj.com/news/exxon-valdez-oil-risks-spur-warning-for-gulf-cleanup-crews-93258964.html



**Related Articles:**

- Senate Witness: BP using dispersants so oil hits "beaches for 10 or 15 years"; To benefit from long-term amortization of costs (VIDEO)
- Pensacola Councilman reports BP bringing in white sand to cover oil, has evidence (VIDEO)
- BP 'firewalling' U.S. operations difficult: North American division includes Latin America, Trinidad & Tobago, and Angola (CHART)
- BP Cleanup: "It's criminal what's going on out there" says U.S. Congressman
- Compromised? Florida newspapers get millions in BP-funded ads; Full page ads in Keys promoting BP's image instead of paying claims
- Real Estate Analyst: "We've never seen anything like this in the history of man, and it's all aimed at Florida"
- BP claims office "still doesn't have a direct phone number for people to call" after opening 10 days ago

HEALTH RISKS, LEGAL ISSUES    OILSPILL, TOXIC

« Crist appoints former BP lobbyist to spearhead Florida's legal response to BP oil spill

Oil Forecast: Spill drifting toward Florida's West Coast; 120 miles from Tampa Bay »

### 40 comments to Exxon Valdez foreman: 'Oil is 1,000 times more toxic than we thought'

Florida Oil Spill
June 1, 2010 at 11:36 am

Exxon Valdez foreman: 'Oil is 1,000 times more toxic than we thought' http://bit.ly/cylma5 #oilspill

Spill Solutions..?
June 1, 2010 at 12:03 pm

RT @oilflorida: Exxon Valdez foreman: 'Oil is 1,000 times more toxic than we thought' http://bit.ly/cylma5 #oilspill

GRAY

June 2, 2010 at 7:43 pm

RT @oilflorida: Exxon Valdez foreman: 'Oil is 1,000 times more toxic than we thought'
http://bit.ly/cylma5 #oilspill

Cindy Francine Bruno
June 2, 2010 at 8:13 pm

RT @oceanshaman: RT @oilflorida: Exxon Valdez foreman: 'Oil is 1,000 times more toxic than we thought' http://bit.ly/cylma5 #oilspill scary

Gulf oil spill
June 2, 2010 at 8:14 pm

RT @CindyFrancine: RT @oceanshaman: RT @oilflorida: Exxon Valdez foreman: 'Oil is 1,000 times more toxic than we thought' http://bit.ly/cylma5 #oilspill scary

Barbara Wertz
June 2, 2010 at 9:03 pm

RT @CindyFrancine: RT @oceanshaman: RT @oilflorida: Exxon Valdez foreman: 'Oil is 1,000 times more toxic than we thought' http://bit.ly/cylma5 #oilspill scary

Ann Philip
June 16, 2010 at 3:42 am

Planetresource.net has a Eco friendly solution to clean up the tragedy British Petroleum has created, please watch the video animation:
http://www.youtube.com/watch?v=60bdQQQ3iVw and pass this along to as many people as you know.

One person can still make a difference in this world, is that simple interactions have a rippling effect. Each time this gets pass along, the hope in cleaning our planet is passed on.

Pamela Marie Bayly
June 25, 2010 at 7:48 pm

Exxon Valdez foreman: 'Oil is 1,000 times more toxic than we thought' #oilspill
http://bit.ly/9jCsUd

Seraphim Marcopoulos
June 27, 2010 at 10:28 am

RT @mparent77772: Exxon Valdez foreman: 'Oil is 1,000 times more toxic than we thought'
http://bit.ly/c7T60G

karl knox
June 27, 2010 at 10:30 am

RT @mparent77772: Exxon Valdez foreman: 'Oil is 1,000 times more toxic than we thought'
http://bit.ly/c7T60G

Michael
June 27, 2010 at 10:31 am

RT @mparent77772 Exxon Valdez foreman: 'Oil is 1,000 times more toxic than we thought'
http://bit.ly/aQJJ3n

John Fekner
June 27, 2010 at 10:33 am

#Oil is 1,000 times more #toxic than we thought' http://bit.ly/axxDWB #oilspill #Bp #Exxon ♫
http://blip.fm/~sobvc

Law Abiding Citizen
June 27, 2010 at 10:34 am

RT @mparent77772: Exxon Valdez foreman: 'Oil is 1,000 times more toxic than we thought'
http://bit.ly/c7T60G

Skullguard
June 27, 2010 at 10:37 am

RT @Architekt010: RT @mparent77772: Exxon Valdez foreman: 'Oil is 1,000 times more toxic than we thought' http://bit.ly/c7T60G

Joseph A. Gallant
June 27, 2010 at 10:38 am

RT @Architekt010: RT @mparent77772: Exxon Valdez foreman: 'Oil is 1,000 times more toxic than we thought' http://bit.ly/c7T60G

Skullguard
June 27, 2010 at 10:39 am

Exxon Valdez foreman: 'Oil is 1,000 times more toxic than we thought' | Florida Oil Spill Law: http://bit.ly/btKD2i via @addthis

Lis Duarte
June 27, 2010 at 10:43 am

RT @mparent77772: Exxon Valdez foreman: 'Oil is 1,000 times more toxic than we thought' http://bit.ly/c7T60G

Fran Lawrence
June 27, 2010 at 12:36 pm

RT @mparent77772: Exxon Valdez foreman: 'Oil is 1,000 times more toxic than we thought' http://bit.ly/c7T60G

Green For You
June 27, 2010 at 2:20 pm

Exxon Valdez foreman: ?Oil is 1,000 times more toxic than we thought? #green http://bit.ly/9TqNCj

Linda Leavitt
June 27, 2010 at 2:26 pm

RT @greenforyou: Exxon Valdez foreman: ?Oil is 1,000 times more toxic than we thought? #green http://bit.ly/9TqNCj

J. Singleton
June 27, 2010 at 2:26 pm

RT @greenforyou: Exxon Valdez foreman: ?Oil is 1,000 times more toxic than we thought? #green http://bit.ly/9TqNCj

psyGalaxy
June 27, 2010 at 2:26 pm

RT @greenforyou: Exxon Valdez foreman: ?Oil is 1,000 times more toxic than we thought? #green http://bit.ly/9TqNCj

Tanya
June 27, 2010 at 2:27 pm

RT @greenforyou: Exxon Valdez foreman: ?Oil is 1,000 times more toxic than we thought? #green http://bit.ly/9TqNCj

david o'brien
June 27, 2010 at 2:28 pm

RT @greenforyou: Exxon Valdez foreman: ?Oil is 1,000 times more toxic than we thought? #green http://bit.ly/9TqNCj

jayedee
June 27, 2010 at 2:29 pm

RT @greenforyou: Exxon Valdez foreman: ?Oil is 1,000 times more toxic than we thought? #green http://bit.ly/9TqNCj

Proud American
June 27, 2010 at 2:43 pm

RT @Architekt010: RT @mparent77772: Exxon Valdez foreman: 'Oil is 1,000 times more toxic than we thought' http://bit.ly/c7T60G

soupermom
June 27, 2010 at 3:35 pm

savetheusa
June 27, 2010 at 3:44 pm

RT @mparent77772: Exxon Valdez foreman: 'Oil is 1,000 times more toxic than we thought'
http://bit.ly/c7T60G

Pseudo Switch
June 27, 2010 at 4:45 pm

RT @mparent77772: Exxon Valdez foreman: 'Oil is 1,000 times more toxic than we thought'
http://bit.ly/c7T60G

Cindy Francine Bruno
June 27, 2010 at 6:21 pm

RT @greenforyou: Exxon Valdez foreman: ?Oil is 1,000 times more toxic than we thought?
#green http://bit.ly/9TgNCj

Len Abbazia
June 27, 2010 at 6:30 pm

RT @greenforyou: Exxon Valdez foreman: ?Oil is 1,000 times more toxic than we thought?
#green http://bit.ly/9TgNCj

Marijne
June 27, 2010 at 6:38 pm

RT @greenforyou: Exxon Valdez foreman: Oil is 1,000 times more toxic than we thought.
http://bit.ly/9TgNCj #bp #oilspill

mdlr
June 27, 2010 at 6:44 pm

RT @greenforyou: Exxon Valdez foreman: ?Oil is 1,000 times more toxic than we thought?
#green http://bit.ly/9TgNCj

Diane Neff
June 27, 2010 at 7:01 pm

Exxon Valdez foreman: Oil is 1,000 times more toxic than we thought? #green
http://bit.ly/9TgNCj RT @CindyFrancine RT @greenforyou

Kristin Swanson
June 27, 2010 at 7:05 pm

RT @DianeN56: Exxon Valdez foreman: Oil is 1,000 times more toxic than we thought?
#green http://bit.ly/9TgNCj RT @CindyFrancine RT @gr ...

Daniel Dessinger
June 27, 2010 at 10:38 pm

Many of the thousands of Exxon Valdez cleanup workers have died or have become
seriously ill http://bit.ly/a9kFWd

vivian chan
June 27, 2010 at 10:45 pm

Exxon Valdez foreman: "Oil is 1,000 times more toxic than we thought". Impact on cleanup
crews. http://ow.ly/1gEb4R (via @greenforyou)

SteveScott
June 28, 2010 at 12:03 am

RT @oilflorida: Exxon Valdez foreman: 'Oil is 1,000 times more toxic than we thought'
#oilspill http://bit.ly/9jCsUd

Carmen
June 28, 2010 at 12:26 am

RT @greenforyou: Exxon Valdez foreman: ?Oil is 1,000 times more toxic than we thought?
#green http://bit.ly/9TgNCj

Moritz Bartl
June 28, 2010 at 12:42 am

RT @mparent77772: Exxon Valdez foreman: 'Oil is 1,000 times more toxic than we thought'
http://bit.ly/c7T60G

« Crist appoints former BP lobbyist to spearhead Florida's legal response to BP oil spill

Oil Forecast: Spill drifting toward Florida's West Coast; 120 miles from Tampa Bay »

# EXHIBIT 3

# EXHIBIT 3

```
Type of Work:         Text

Registration Number / Date:
                      TX0007171971 / 2010-07-09

Application Title: Exxon Valdez oil risks spur warning for gulf cleanup crews.

Title:                Exxon Valdez oil risks spur warning for gulf cleanup crews.

Appears in:           Las Vegas Review-Journal, May 10, 2010

Description:          Electronic file (eService)

Copyright Claimant:
                      Righthaven LLC, Transfer: By written agreement.

Date of Creation:  2010

Date of Publication:
                   2010-05-10

Nation of First Publication:
                   United States

Authorship on Application:
                   Stephens Media LLC, employer for hire; Domicile: United
                      States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                   Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                      Avenue, Suite 210, Las Vegas, NV, 89129-7701, United
                      States, (702) 527-5900, dbrownell@righthaven.com

Names:             Stephens Media LLC
                   Righthaven LLC

===========================================================================
```